THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 HEALTH & WELFARE FUND, and UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>NEW PACKING COMPANY, INC., an Illinois Corporation,<br><br>Defendant. | 1:13-CV-1775<br><br>Judge Tharp, Jr.<br><br>Magistrate Judge Cole |

**MOTION TO VACATE ORDER OF DISMISSAL, TO REINSTATE ACTION, AND FOR ENTRY OF JUDGMENT**

NOW COME the Plaintiffs and move this Honorable Court to vacate Order of Dismissal entered on May 6, 2013, a copy of which is attached hereto as Plaintiffs' Exhibit "A", and to reinstate Plaintiffs' cause of action instanter, and for entry of Judgment.

In support of Plaintiffs' Motion, Plaintiffs state as follows:

1)  That pursuant to agreement by the parties, the parties agreed to a dismissal of the pending action, and executed an Agreed Order of Dismissal.

2)  That the Defendant was obligated to make nine $2,497.35 payments pursuant to the Settlement Agreement, attached hereto as Exhibit "B," and has made only six payments.

WHEREFORE, Plaintiffs pray that the Order of Dismissal of May 6, 2013, be vacated

instanter, Plaintiff's cause of action be reinstated, and that the Court enter judgment in the amount of $14,984.00, the balance due and owing after reduction for payments received.

/s/ Robert B. Greenberg
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 1900
Chicago, Illinois 60606
(312) 263-1500
Fax: (312) 263-1520
rbg@ulaw.com
IL ARDC#: 01047558

Dated: January 7, 2014